# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CYNTHIA LANE, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:22-cv-02392 |
| v. | ) ) ) | |
| LABETTE HEALTH, | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Labette County Medical Center d/b/a Labette Health ("Labette Health") moves to dismiss Plaintiffs' Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), in its entirety. Labette Health is filing its Memorandum in Support contemporaneously with this Motion. As the accompanying Memorandum in Support demonstrates, Labette Health is entitled to judgment as a matter of law for the following reasons:

- Plaintiffs lack standing to bring their claims, as they have not suffered an injury-in-fact that is fairly traceable to the conduct of Labette Health;

- Plaintiffs' claims are mooted by Labette Health's provision of insurance coverage prior to instigation of the present lawsuit;

- Each Count of the Complaint fails to comply with the notice provisions of the Kansas Tort Claims Act, and should be dismissed;

- Count II should be dismissed because Plaintiffs have not alleged sufficient facts to demonstrate the existence of an implied contract between the parties;

- Count III should be dismissed because Plaintiffs have not alleged sufficient facts to prove that Labette Health was unjustly enriched;

- Count IV fails to State a Claim Because Plaintiffs have not sufficiently alleged Invasion of Privacy;

- Count V should be dismissed because they have not alleged sufficient Facts to establish that Labette Health owed them a Fiduciary Duty; and

- Plaintiffs have not met the Threshold Requirements for a Claim of outrage and Count VI should be dismissed.

WHEREFORE, for the reasons set forth in Labette Health's Memorandum in Support of its Motion to Dismiss, the Court should issue an order dismissing Plaintiffs' Complaint in its entirety and granting any other relief as is just and proper.

Dated: October 20, 2022          SPENCER FANE LLP

By: *s/ Mark A. Cole*
   Blane R. Markley #23262
   Mark A. Cole, #25349
   Kyle A. Klucas, #29151
   6201 College Blvd., Suite 500
   Overland Park, KS 66211
   Telephone: 913.327.5108
   bmarkley@spencerfane.com
   mcole@spencerfane.com
   kklucas@spencerfane.com

*Attorneys for Defendant Labette Health*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 20, 2022, a true and correct copy of the foregoing was filed and served via the Court's electronic filing system.

*s/ Mark A. Cole*
Attorney for Defendant Labette Health