IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CYNTHIA LANE, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LABETTE HEALTH FOUNDATION, INC.<br><br>Defendant. | Case No. 2:22-cv-02392-JAR-KGG |

## PRELIMINARY PROTECTIVE ORDER GRANTING IN PART PLAINTIFF'S MOTION TO KEEP THE IDENTITY OF THE PLAINTIFF PRIVATE

This case was removed from the Kansas District Court in Labette County. In that case, and re-docketed here (Doc. 6), Plaintiff D.H. filed a "Motion to Keep the Identity of the Plaintiff [D.H.] Private." In this motion, Plaintiff argues that because this case is about the alleged compromise of private health information by the Defendant, the Court should order that the Plaintiff's identity "remain private throughout this litigation." Defendant has not responded to the motion. The Motion is **GRANTED IN PART**.

It is unclear at this point whether the requested relief is necessary or proper. The scope of the request, whether it includes only Court filings or otherwise restricts the actions of the Defendant during the investigation and discovery in this case, is also unclear. However, the Court will enter this Preliminary Protective Order at this time.

**IT IS ORDERED THAT** the parties shall not file in this action any pleading or document which includes the name of Plaintiff without leave of Court. Additionally, Defendant and its agents shall not disclose the name to third parties without leave of Court.

This Order is temporary. At the time of the parties' conference under Rule 26(f), the parties shall confer in an attempt to reach an agreement concerning a Protective Order which will control this and other issues of confidentiality during this litigation.

**SO ORDERED.**

Dated October 25, 2022.

/S KENNETH G. GALE
Kenneth G. Gale
U.S. Magistrate Judge