# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

CYNTHIA LANE and D.H., individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.                                     Case No:  22-2392-JAR

LABETTE HEALTH FOUNDATION, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion to Dismiss (Doc. 11) is **granted** as uncontested. This case is hereby dismissed without prejudice.

February 21, 2023                             SKYLER B. O'HARA
   Date                                           CLERK OF THE DISTRICT COURT

                                                  by: *s/ Sarah Spegal*
                                                       Deputy Clerk