## IN THE UNITED STATES DISTRICT COURT OF KANSAS

| | |
|---|---|
| **CYNTHIS LANE, et al,** ) | |
| Individually and on behalf of ) | |
| All other similarly situated ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No: 2:22-cv-02392-JAR-KGG |
| v. ) | |
| ) | |
| **LABETTE HEALTH FOUNDATION,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

### PLAINTIFFS' MOTION TO RECONSIDER ORDER OF DISMISSAL AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiffs, by and through counsel, and hereby requests the court to reconsider the order of dismissal in this matter. In support of this motion, Plaintiffs state as follows:

1. On or about June 9, 2022, Plaintiffs filed their Petition for Damages.

2. On September 29, 2022, this case was removed from state court to the federal court.

3. On October 20, 2022, Defendant's filed a Motion to Dismiss.

4. By agreement of counsel and order of the Court, Plaintiff's response to the Motion to Dismiss was due by January 23, 2023.

5. Plaintiffs' counsel has been in contact with Defendant's counsel discussing an Amended Complaint which would eliminate Defendant's Motion to Dismiss Plaintiffs' Petition and cure some of the issues in the Motion for review by the Court.

6. Plaintiffs' counsel was waiting on response from Defendant prior to filing the Amended Complaint.

7. The undersigned counsel has heard from counsel for Defendant and there is no opposition to filing the First Amended Complaint.

8. Plaintiffs seek leave of this Court to file their First Amended Compliant attached here to as Exhibit A.

WHEREFORE, Plaintiffs request this Court to reconsider the granting Defendant's Motion to Dismiss and grant Plaintiffs' Motion for Leave to file First Amended Complaint for the above stated reasons.

    Respectfully submitted,

    */s/ Maureen M. Brady*

---

Maureen M. Brady    KS #22460
Lucy McShane    KS #22517
1656 Washington St., Ste. 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com
    lmcshane@mcshanebradylaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was served via ECF/Pacer, mailed, emailed, and/or faxed this 23rd day of February 2023 to:

Mark A. Cole
Spencer Fane, LLP
College Blvd., Suite 500
Overland Park, KS 66211
913-327-5108
Fax: 913-345-0736
Email: mcole@spencerfane.com
***LEAD ATTORNEY TO BE NOTICED***

*/s/ Maureen M. Brady*

_____
Attorney for Plaintiff